AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

**FILED**

**Jun 25, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RYAN DANIEL WOODWORTH

)
)
)
)
)

Case No. 1:26-MJ-00079-SAB

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3)   The defendant shall abstain from the use of alcohol and/or the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4)   The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing.

(5)   The defendant must appear at:   U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Place*

2500 TULARE STREET, SUITE 1501, FRESNO, CALIFORNIA 93721

on _____ 9/10/2026 at 09:00 AM _____

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/25/26

_____
*Defendant's signature*

Date: 6/25/26

_____
*Judicial Officer's Signature*

STANLEY A. BOONE, United States Magistrate Judge
*Printed name and title*